# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELIAS ECHEVERRIA-MENDEZ,

    Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                             5:11CV188

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 17, 2012 Order.

                                           Signed: May 17, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court